**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER BAIN MITCHUM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action. No. 25-00439-KD-B** |
| | ) | |
| **SETERUS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated March 23, 2026 (Doc. 18) is **ADOPTED,** as modified herein, as the opinion of this Court.

The Motion to Dismiss (Doc. 10) filed by Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper, Mortgage Electronic Registration Systems, Inc., Federal National Mortgage Association, and Nationstar Mortgage LLC d/b/a Mr. Cooper, as successor by merger to Seterus, Inc., is **GRANTED in part** and **DENIED in part**, as set out in the Magistrate Judge's Report and Recommendation (Doc. 18).

Plaintiff Christopher Bain Mitchum is **GRANTED leave to file a second amended complaint, on or before April 24, 2026,** that complies with the federal pleading requirements as set forth in the Report and Recommendation. Defendants shall answer or otherwise respond on or before **May 8, 2026**.

**DONE** and **ORDERED** this **10th** day of **April 2026.**

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**