**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER BAIN MITCHUM,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 25-00439-KD-B** |
| | * | |
| **SETERUS, INC., *et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated September 2, 2026 (Doc. 37) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to dismiss Plaintiff Christopher Mitchum's second amended complaint filed by Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper, Mortgage Electronic Registration Systems, Inc., Federal National Mortgage Association, and Nationstar Mortgage LLC d/b/a Mr. Cooper, as successor by merger to Seterus, Inc. (Doc. 24) is **GRANTED in part** and **DENIED in part**, as set out in the Magistrate Judge's report and recommendation (Doc. 37). Plaintiff is granted leave to file a third amended complaint on or before **October 13, 2026**, for the

sole purpose of correcting the potentially curable deficiencies noted in the report and recommendation and deleting claims that have been dismissed with prejudice.

**DONE** and **ORDERED** this the **28th** day of **September 2026.**

/s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**